OFFICE OF THE CLERK

## UNITED STATES COURT OF APPEALS

| | | |
|---|---|---|
| Marcia M. Waldron<br>Clerk | FOR THE THIRD CIRCUIT<br>21400 United States Courthouse<br>601 Market Street<br>Philadelphia PA 19106-1790 | Telephone<br>267-299-4957 |

www.ca3.uscourts.gov

November 3, 2004

Mrs. Mary D'Andrea
U.S. District Court for the Middle District of Pennsylvania
Middle District of Pennsylvania
228 Walnut Street
Room 1060
Harrisburg, PA  17108

**RE: Docket No. 04-1414**
     **USA   vs. Johnson**
     **No. 01-cr-00336-05**

Dear Mrs. D'Andrea:

     Enclosed is a certified copy of the judgment together with copy of the opinion in the above-entitled case(s).  The certified judgment is issued in lieu of a formal mandate and is to be treated in all respects as a mandate.

     Counsel are advised of the issuance of the mandate by copy of this letter.  A copy of the certified judgment is also enclosed showing costs taxed, if any.

                              Very truly yours,
                              MARCIA M. WALDRON
                              Clerk

                              By:  Aina R. Laws
                                   Case Manager

Enclosure

cc:
        William A. Behe, Esq.
        Kirstin M. Sweigard, Esq.

# UNITED STATES COURT OF APPEALS
## FOR THE THIRD CIRCUIT
21400 United States Courthouse
601 Market Street
Philadelphia, PA 19106-1790

www.ca3.uscourts.gov

November 3, 2004

Sherri R. Waldron
Clerk

Telephone
267-299-4957

Mr. Troy Ginthrie
U.S. District Court for the Middle District of Pennsylvania
Middle District of Pennsylvania
330 Walnut Street
Room 1060
Harrisburg, PA 17108

RE: Docket No. 04-1934
USA v. Coleman
DC No. 01-cr-00336-02

Dear Mrs. D'Andrea:

Enclosed is a certified copy of the judgment together with copy of the opinion in the above-entitled case(s). The certified judgment is issued in lieu of a formal mandate and is to be treated in all respects as a mandate.

Counsel are advised of the issuance of the mandate by copy of this letter. A copy of the certified judgment is also enclosed showing costs taxed, if any.

Very truly yours,
Marcia M. Waldron
Clerk

By: Alma B. Cora
Case Manager

Enclosure

cc:
William A. Behe, Esq.
Kirwin M. Sanfrad, Esq.