IN THE UNITED STATES COURT
OF APPEALS
FOR THE THIRD CIRCUIT

NO. 04-1414

UNITED STATES OF AMERICA

v.

LAWRENCE JOHNSON
Appellant

On Appeal From the United States
District Court
For the Middle District of Pennsylvania
(D.C. Crim. Action No. 01-cr-00336-05)
District Judge:  Hon. Sylvia L. Rambo

Submitted Pursuant to Third Circuit LAR 34.1(a)
October 5, 2004

BEFORE:  SLOVITER, BECKER, and STAPLETON, Circuit Judges

JUDGMENT

This cause came on to be heard on the record from the United States District Court

for the Middle District of Pennsylvania and was submitted pursuant to Third Circuit LAR

34.1(a) on October 5, 2004.

On consideration whereof, it is now here ORDERED AND ADJUDGED by this

Court that the judgment of the said District Court entered February 9, 2004, be, and the

NO. 04-1414

USA
v.
JOHNSON

same is, hereby AFFIRMED.  All of the above is in accordance with the opinion of this

Court.

ATTEST:

/s/ Marcia M. Waldron
Clerk

DATED:  October 12, 2004

Certified as a true copy and issued in lieu
of a formal mandate on November 3, 2004.

Teste: *Marcia M. Waldron*

Clerk, United States Court of Appeals
for the Third Circuit